## JIM ROULAIN v. THE STATE.

No. 9756.   Delivered October 14, 1925.

**Manufacturing Intoxicating Liquor—No Statement of Facts—Nor Bills of Exception.**

We find in the record no statement of facts, nor bills of exception. Three special charges, requested by appellant were given.   No error appearing the cause is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Felix D. Robertson, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

. No brief filed for appellant.

*Shelby S. Cox*, District Attorney, *Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—From conviction in Criminal District Court of Dallas County for manufacturing intoxicating liquor, with punishment fixed at one year in the penitentiary, this appeal is brought.

We find in the record neither bills of exception nor statement of facts. Three special charges asked by appellant were given. The indictment sufficiently charges the offense, and we perceive no error in the charge of the court or other parts of the record.

The judgment will be affirmed.

*Affirmed.*